

Alan Steven Wolf, Bar No. 94665
Daniel K. Fujimoto, Bar No. 158575
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA 92614
Tel (949) 720-9200
Fax (949) 608-0128

Attorneys for Movant
Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Aames Mortgage Investment Trust 2006-1, Mortgage Backed Notes

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | CASE: 10-10777-A-7 |
| BRYAN MORTON MCCAA and SUSAN ILENE MCCAA | CHAPTER 7 |
| Debtors. | REF.: ASW-1 |
| | ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY |
| | DATE: 04/28/10<br>TIME: 1:00pm<br>CTRM: 1st FL |
| | U.S. Bankruptcy Court<br>1300 18th Street<br>Bakersfield, CA |

    A MOTION FOR RELIEF FROM THE AUTOMATIC STAY in this case having been filed by Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Aames Mortgage Investment Trust 2006-1, Mortgage Backed Notes, and having set to have been heard before the HONORABLE WHITNEY RIMEL, UNITED STATES BANKRUPTCY JUDGE, on April 28, 2010, and the Court, having read the various pleadings, documents and proceedings, and service having been made, and after due

6401-5850

1 deliberation without hearing, does hereby make its order as
2 follows:
3     IT IS ORDERED that with respect to the real property
4 commonly known as 6 Penrose Drive, Yerington, NV 89447, and
5 more fully described as follows:
6         SEE LEGAL DESCRIPTION MARKED AS EXHIBIT "A"
7         AND INCORPORATED HEREIN BY REFERENCE
8 Movant and its agents and successors are relieved of the
9 automatic stay.
10    IT IS FURTHER ORDERED that the 14 day stay pursuant to
11 Rule 4001(a)(3) is hereby waived.
12    IT IS FURTHER ORDERED that the court determines that this
13 bankruptcy proceeding has been finalized for purposes of Cal.
14 Civil Code § 2923.5 and the enforcement of the note and deed
15 of trust described in the motion against the subject real
16 property.
17    IT IS FURTHER ORDERED that any further relief requested
18 is denied without prejudice.
19

Dated:

Apr 30, 2010

United States Bankruptcy Judge

24
25
26
27

Matter I.D. 6401-5850

# EXHIBIT A

365436  10/17/2005
004 of 19

EXHIBIT A
LEGAL DESCRIPTION

THE REAL PROPERTY SITUATE IN THE COUNTY OF LYON, STATE OF
NEVADA, DESCRIBED AS FOLLOWS:

LOT 83 AS SHOWN ON THE OFFICIAL MAP OF PENROSE COUNTRY CLUB
ESTATES, RECORDED IN THE OFFICIAL RECORDS OF LYON COUNTY,
NEVADA ON APRIL 14, 1965, AS DOCUMENT NO. 91749.

TAX ID# 003-052-03